UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Brooke Lerner

Case No.: 16-21893
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

On 8/17/16, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on September 20, 2016 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 305 Saddle Court, Flemington, NJ - $200,000

Liens on property: $202,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Avenue - Red Bank, NJ, 07701
Telephone No.: 732 383 7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-21893-CMG
Brooke M Lerner                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Aug 18, 2016
                              Form ID: pdf905          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.
```
db         +Brooke M Lerner,    816 Spruce Hills Drive,    Glen Gardner, NJ 08826-3707
cr          Stonegate Homeowners Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
             New Brunswick, NJ  08903-1111
516243402  +ACB Receivables Mgmt,    19 Main Street,    Asbury Park, NJ 07712-7012
516243404  +Anesthesia Assoc. of Morristown,    1129 Bloomfield Avenue,    Caldwell, NJ 07006-7127
516243405   Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
516243406  +Bloomingdales,    9111 Duke Blvd.,    Mason, OH 45040-8999
516243407  +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
516243408  +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
516243411  +Creditech,    50 N. 7th Street,    Bangor, PA 18013-1791
516243412  +Elizabethtown Gas,    P.O. Box 4569,    Atlanta, GA 30302-4569
516243413  +Fein, Such, Kahn & Shepard,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516243414  +Hunterdon Medical Center,    2100 Wescott Drive,    Flemington, NJ 08822-4604
516243415  +Hunterdon Pathology Services,    2100 Wescott Drive,    Flemington, NJ 08822-4604
516243416   Karen B. Miller, Esquire,    McGovern Legal Services, LLC,    850 Route 1,    P.O. Box 1111,
             New Brunswick, NJ 08903-1111
516243417  +Mark S. Orsulak,    305 Saddle Court,    Flemington, NJ 08822-1881
516243418  +Raritan Township Tax Collector,    One Municipal Drive,    Flemington, NJ 08822-3446
516243419  +Rickart Collection Systems, Inc.,    575 Milltown Road,    P.O. Box 7242,
             North Brunswick, NJ 08902-7242
516243420  +SMG Ambulatory Surgery,    c/o ACB Receivables Mgmt,    19 Main Street,
             Asbury Park, NJ 07712-7012
516243421   Stonegate Homeowners Association, Inc.,    c/o McGovern Law Services, LLC,    P.O. Box 1111,
             New Brunswick, NJ 08903-1111
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2016 22:29:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2016 22:29:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516243401       E-mail/Text: jhernandez@trafgroup.org Aug 18 2016 22:30:03      A-1 Collection Service,
                101 Grovers Mill Road, Suite 303,    Lawrence Township, NJ 08648-4706
516243403      +E-mail/Text: csc.bankruptcy@amwater.com Aug 18 2016 22:30:20      American Water,   P.O. Box 578,
                Alton, IL 62002-0578
516243409      +E-mail/Text: bankruptcy@sw-credit.com Aug 18 2016 22:29:27      Comcast,
                 c/o SW Credit Systems L.P.,    4120 International Suite 1100,    Carrollton, TX 75007-1958
516243410       E-mail/Text: creditonebknotifications@resurgent.com Aug 18 2016 22:28:48      Credit One,
                P O Box 98873,    Las Vegas, NV 89193-8873
516243422      +E-mail/Text: clientservices@simonsagency.com Aug 18 2016 22:30:10      Summit Medical Group,
                 c/o Simons Agency Inc,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
516243423      +E-mail/Text: bankruptcy@td.com Aug 18 2016 22:29:28      TD Bank,    70 Gray Road,
                Falmouth, ME 04105-2299
516243424      +E-mail/Text: jkatsios@gsicollections.com Aug 18 2016 22:29:11      Tri County Orthpedics,
                 c/o GSI Recovery LLC,    510 Franklin Avenue, Suite 7,    Nutley, NJ 07110-1755
                                                                                               TOTAL: 9
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Aug 18, 2016
                              Form ID: pdf905          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Stonegate Homeowners Association, Inc.
               mmiller@theassociationlawyers.com
              William G. Tauriello    on behalf of Debtor Brooke M Lerner wgtattorney@worldnet.att.net
                                                                                             TOTAL: 4
```